IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LISA LARUE, et al.,

   Plaintiffs,

     v.

FIRST TRANS PAYMENT
SOLUTIONS, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:07-CV-338-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending that the Defendants' Motion to Dismiss [Doc. 9] be granted in part and denied in part. The objections of the Defendants are without merit for the reasons set forth in the well reasoned opinion of the Magistrate Judge. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 9] is GRANTED in part and DENIED in part.

SO ORDERED, this 16 day of May, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\LaRue\r&r.wpd